**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| HARMONI TOWERS DEVELOPMENT CO.,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF CHESTERFIELD, MISSOURI,<br><br>Defendant. | ) | Case No.: 4:26-CV-00074-SEP |

**JOINT STIPULATION OF DISMISSAL**

The parties, by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: September 16, 2026

RESPECTFULLY SUBMITTED,

PITZER SNODGRASS PC

/s/ *Robert T. Plunkert*
Robert T. Plunkert
100 S. Fourth Street, Suite 400
St. Louis, MO 63102-1821
Telephone: (314) 335-1306
plunkert@pspclaw.com

*Counsel for Defendant City of Chesterfield, Missouri*

NORTON ROSE FULBRIGHT US LLP

/s/Sasha D. Riedisser
Sasha D. Riedisser
8001 Forsyth Blvd., Suite 800
St. Louis, MO 63105
sasha.riedisser@nortonrosefulbright.com
Telephone: (314) 505-8871

*Counsel for Plaintiff Harmoni Towers Development Co.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2026, a true and correct copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/Sasha D. Riedisser*

Sasha D. Riedisser